933 A.2d 649

**Michael WALKER, Appellant,**

v.

**DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

Sept. 26, 2007.

## *ORDER*

PER CURIAM.

The Order of the Commonwealth Court is affirmed.